**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2489**

———————

CHERYL F. COHENS,

                Plaintiff - Appellant,

     v.

STATE OF MARYLAND DEPARTMENT OF HUMAN RESOURCES; BALTIMORE
CITY DEPARTMENT OF SOCIAL SERVICES,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William  D.  Quarles,  Jr.,  District
Judge.  (1:11-cv-03419-WDQ)

———————

Submitted:  April 17, 2014        Decided:  April 21, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Cheryl  F.  Cohens,  Appellant  Pro  Se.   Elise  Song  Kurlander,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheryl F. Cohens seeks to appeal the district court's order finally disposing of all claims in her action alleging employment discrimination. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on July 30, 2013. The notice of appeal was filed on December 11, 2013. Because Cohens failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2